IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AT&T GOVERNMENT SOLUTIONS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| KNOWLEDGE MANAGEMENT SOLUTIONS, INC., an Alabama corporation, | )<br>)<br>) |
| Defendant. | )<br>) |

Case No. 2:08-cv-114-

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, AT&T Corp. ("AT&T") hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for AT&T Corp. certifies that that following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

AT&T Inc. is the parent corporation of AT&T Corp. AT&T Corp. merged with SBC creating AT&T Inc. AT&T Inc., a publicly held corporation, owns 10% or more of AT&T Corp.'s stock. AT&T Corp. is a

wholly owned subsidiary of AT&T, Inc. No publicly held corporations own 10% or more of AT&T Inc.'s stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

There are no publicly held corporations that have a substantial financial interest in the outcome of this case by reason of insurance, a franchise agreement or indemnity agreement.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>James F. Barger, Jr.
>BAKER DONELSON BEARMAN
>CALDWELL & BERKOWITZ, P.C.
>A Professional Corporation
>Suite 1600, Wachovia Tower
>420 North 20th Street
>Birmingham, Alabama  35203

Dated this 15th of February, 2008.

_____
JAMES F. BARGER, JR.

Counsel for Plaintiff AT&T Government Solutions, Inc.

OF COUNSEL:

BAKER DONELSON BEARMAN
  CALDWELL & BERKOWITZ, P.C.
A Professional Corporation
Suite 1600, Wachovia Tower
420 North 20th Street
Birmingham, Alabama   35203
(205) 328-0480
(205) 322-8007 (facsimile)