AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

AT&T Government Solutions, Inc.

V.

Knowledge Management Solutions, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-cv-00114-CSC

TO: (Name and address of Defendant)

Knowledge Management Solutions, Inc.
c/o Theresa M. Nola, Registered Agent
39 Gabon Way
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Fredrick Barger, Jr.
Baker Donelson Bearman Caldwell & Berkowitz PC
1600 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203
205-328-0480
Fax: 205-322-8007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/21/08