**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 29, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   AT&T Government Solutions, Inc. v. Knowledge Management Solutions, Inc.
      Civil Action No. 2:08-cv-00114-CSC

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **2:08-cv-00114-WKW**. This new case number should be used on all future correspondence and pleadings in this action.