IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AT&T GOVERNMENT SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Knowledge Management Solutions, Inc., a Alabama corporation, <br><br> Defendant. | Civil Action No. CV-08-114 <br><br> MOTION FOR ADMISSION PRO HAC VICE OF PAUL R. FRANKE, III AND BETHANY A. JOHNSON |

## MOTION FOR ADMISSION
## PRO HAC VICE OF PAUL R. FRANKE, III
## AND BETHANY A. JOHNSON

James F. Barger, Jr., as attorney of record for Plaintiff AT&T Government Solutions, Inc. ("Plaintiff"), in the above-captioned case, hereby moves for an order of the Court allowing Paul R. Franke, III and Bethany Johnson, to appear pro hac vice as counsel of record for Plaintiff. As grounds for this motion, movant states:

Mr. Franke resides in Colorado and regularly practices law in Denver, Colorado. He is a member in good standing of the Colorado Bar and is admitted to practice before the United States District Court for the District of Colorado. His contact information is as follows:

Paul R. Frank, III
1228 15th Street, Second Floor
Denver, Colorado 80202
Telephone Number: (303) 623-4500
Fax Number: (303) 623-0960

E-mail: pfranke@fgll-law.com

Ms. Johnson resides in Colorado and regularly practices law in Denver, Colorado. She is a member in good standing of the Colorado Bar and is admitted to practice before the United States District Court for the District of Colorado. Her contact information is as follows:

Bethany A. Johnson
1228 15th Street, Second Floor
Denver, Colorado 80202
Telephone Number: (303) 623-4500
Fax Number: (303) 623-0960
E-mail: bjohnson@fgll-law.com

Two checks each in the amount of $50.00 are being mailed to the Court concurrently with the filing of this motion.

Respectfully submitted this 12 day of March, 2008.

JAMES F. BARGER, JR.
Counsel for Plaintiff AT&T Government Solutions, Inc.
OF COUNSEL:
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
A Professional Corporation
Suite 1600, Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
(205) 328-0480
(205) 322-8007 (facsimile)


OF COUNSEL:
Paul R. Franke, III
Bethany A. Johnson
Franke Greenhouse List & Lippitt LLP
1228 15th Street, Second Floor
Denver, Colorado 80202
Telephone Number: (303) 623-4500
Fax Number: (303) 623-0960

## Certificate of Service

I hereby certify that on March 12, 2008, a copy of the foregoing was served via electronic filing/service on the following:

_____
JAMES F. BARGER, JR.



# Certificate of Good Standing

United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**BETHANY ANN JOHNSON**
was duly admitted to practice in said court on
**December 22, 2003**
and is in good standing as a member of the bar of said court.

Dated: March 5, 2008      Gregory C. Langham, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk



# Certificate of Good Standing

## United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**PAUL RICHARD FRANKE, III**
was duly admitted to practice in said court on
**October 27, 1982**
and is in good standing as a member of the bar of said court.

Dated: March 5, 2008                    Gregory C. Langham, Clerk

By: *Mark T. Fredrickson*
Deputy Clerk