```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004299
Cashier ID: brobinso
Transaction Date: 03/13/2008
Payer Name: FRANKE GREENHOUSE LIST  LIPPI
-----------------------------------------
PRO HAC VICE
  For: BETHANY ANN JOHNSON
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
PRO HAC VICE
  For: PAUL RICHARD FRANKE III
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
-----------------------------------------
CHECK
  Check/Money Order Num: 21353
  Amt Tendered:  $50.00
CHECK
  Check/Money Order Num: 21350
  Amt Tendered:  $50.00
-----------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

2:08-CV-114
```