IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AT&T GOVERNMENT SOLUTIONS, INC., a Delaware Corporation, | * * * |
| Plaintiff, | * * |
| v. | * Case No. 2:08-cv-114 * |
| KNOWLEDGE MANAGEMENT SOLUTIONS, INC., an Alabama Corporation, | * * * * |
| Defendant. | * |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned attorney and hereby enters his appearance as counsel for Knowledge Management Solutions, Inc.

Respectfully submitted this the 14th day of March , 2008.

/s/Floyd R. Gilliland, Jr.
FLOYD R. GILLILAND, JR.
Attorney for Knowledge Management Solutions, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of March , 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James F. Barger, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
Suite 1600, Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

                                            /s/Floyd R. Gilliland, Jr.
                                            OF COUNSEL