**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **AT&T GOVERNMENT** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:08-cv-114-WKW** |
| ) | |
| **KNOWLEDGE MANAGEMENT** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice of Paul R. Franke, III, and Bethany A. Johnson (Doc. # 6) filed on March 12, 2008, it is ORDERED that the motion is GRANTED.

Done this 20th day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE