IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AT&T GOVERNMENT SOLUTIONS, INC., a Delaware Corporation, | * <br> * <br> * |
| Plaintiff, | * <br> * |
| v. | * Case No. 2:08-cv-114 <br> * |
| KNOWLEDGE MANAGEMENT SOLUTIONS, INC., an Alabama Corporation, | * <br> * <br> * <br> * |
| Defendant. | * |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Knowledge Management Solutions, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____            _____

_____            _____


_____                     /s/Floyd R. Gilliland, Jr._____
                                  Attorney for Defendant Knowledge
                                  Management Solutions, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. BOX 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101
email: fgilliland@nixholtsford.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, and/or the same will be placed in the United States Mail to:

James F. Barger, Jr., Esq.
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
Suite 1600, Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

Paul R. Franke, III, Esq.
Bethany A. Johnson, Esq.
Franke, Greenhouse, List & Lippitt
1228 15th Street, 2nd Floor
Denver, CO 80202

/s/Floyd R. Gilliland, Jr.
OF COUNSEL